UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYHAN MOHANNA, INDIVIDUALLY AND KEYHAN MOHANNA, TRUSTEE OF THE KEYHAN MOHANNA REVOCABLE TRUST DATED JULY 8, 2003<br><br>Plaintiff,<br><br>v.<br><br>CARRINGTON MORTGAGE SERVICES LLC; CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIUDAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3; and Does 1-10, Inclusive,<br><br>Defendants. | Case No. 18-cv-02563-WHO<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 36 |

Defendant filed a motion to dismiss plaintiff's complaint. Dkt. No. 36. That matter is set to be heard on November 7, 2018. Plaintiff's opposition or response to that motion **was due on September 25, 2018**. As of the date of this Order, plaintiff has not filed an opposition or otherwise responded to defendant's motion to dismiss.

Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute **by filing an opposition or other response to the motion to dismiss by October 17, 2018**. If plaintiff does not file such response by that date, this case may be dismissed for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (listing factors relevant to whether to dismiss for lack of prosecution).

//

//

//

If plaintiff files his opposition by October 17, 2018, defendants' reply is due by October 24, 2018. The hearing on the motion to dismiss remains on **November 7, 2018** at 2:00 p.m. in Courtroom 2, 17th Floor, San Francisco, California.

**IT IS SO ORDERED.**

Dated: October 4, 2018

William H. Orrick
United States District Judge